AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>**Joseph Ndolo**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. MJ-14-0025-N |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joseph Ndolo                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

On or about dates November 25, 2008 through April 25, 2013, Doctor Joseph Ndolo did unlawfully dispense and/or distrubute controlled substances to drug abusers and drug pushers without a legitimate medical need and outside the usual course of professional conduct in violation of Title 21 U.S.C., Section 801 and Title 21 U.S.C., Section 841.

Date:    03/27/2014                                    
                                                                                           *Issuing officer's signature*

City and state:    Mobile, Alabama                            Katherine Nelson, United States Magistrate Judge
                                                                                            *Printed name and title*

---

            This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                    
                                                                                           *Arresting officer's signature*

                                                                                           *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Joseph Ndolo

Known aliases:

Last known residence: 124 North Drive, Fairhope, AL

Prior addresses to which defendant/offender may still have ties:

Last known employment: Premier Internal Medicine

Last known telephone numbers:

Place of birth:

Date of birth: 04/19/1953

Social Security number: 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

Height: 5'10          Weight:

Sex: Male             Race: Black

Hair: Black           Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 762075FC9

Complete description of auto:

Investigative agency and address: FBI, Mobile Division
200 North Royal Street, Mobile, AL

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: