# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>Joseph Ndolo<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. MJ-14-0025-N |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Ndolo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about dates November 25, 2008 through April 25, 2013, Doctor Joseph Ndolo did unlawfully dispense and/or distrubute controlled substances to drug abusers and drug pushers without a legitimate medical need and outside the usual course of professional conduct in violation of Title 21 U.S.C., Section 801 and Title 21 U.S.C., Section 841.

Date: 03/27/2014

*U.S. Magistrate Judge Katherine P. Nelson*
Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2014.03.27 09:32:36 -06'00'

*Issuing officer's signature*

City and state: Mobile, Alabama

Katherine Nelson, United States Magistrate Judge
*Printed name and title*

---

This warrant was received on *(date)* 3/27/2014, and the person was arrested on *(date)* 3/27/2014
at *(city and state)* Fairhope, AL.

Date: 3/28/2014

*Arresting officer's signature*

Kyle Weber, Special Agent
*Printed name and title*