PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

PASSPORT RECEIPT    CASE NO.: 14 mj 25

NAME Joseph Nadp                PASSPORT NUMBER 447366961

DATE REC'D 3/31/14               COUNTRY OF ORIGIN USA

                                 EXPIRATION DATE 6/29/19

DEFENDANT'S SIGNATURE _____    OFFICER'S SIGNATURE _[signature]_


DATE RETURNED _____             REC'D BY _____

                                 REC'D FROM _____

PURPOSE RETURNED _____

ADDRESS (if mailed) _____

PS 41
(7/93)

## UNITED STATES PRETRIAL SERVICES OFFICE

PASSPORT RECEIPT      CASE NO.: 14 mj 25

NAME Joseph Ndolo                PASSPORT NUMBER 108566

DATE REC'D 3/31/14               COUNTRY OF ORIGIN Kenya

                                 EXPIRATION DATE expired

DEFENDANT'S SIGNATURE ___        OFFICER'S SIGNATURE [signature]

DATE RETURNED ___                REC'D BY ___

                                 REC'D FROM ___

PURPOSE RETURNED ___

ADDRESS (if mailed) ___